Johnny C. JACKSON, Plaintiff–Appellant,

v.

G.E. MILLER, Acting Chief, Inmate Appeals Branch at CA Dept of Corrections; W. Vaughn, Appeals Examiner, CA Dept of Corrections; Dion McCoy, Prison Canteen Manager, CSP Solano; Anthony C. Newland, Warden, CSP Solano; F.X. Chavez, Associate Warden, CSP Solano; D. William, Classification Committee; M. Loftin, Classification Committee; Pat Hansen, Canteen Manager; N. Fry, Appeals Coordinator; E. Baskerville, Unit Classification Committee, Defendants–Appellees.

No. 00–15500.

D.C. No. CV 97–00427–FCD.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

## MEMORANDUM [2]

Johnny C. Jackson, a California state prisoner, appeals pro se the district court's order granting summary judgment to defendant Hansen in Jackson's 42 U.S.C. § 1983 action alleging he was removed from his prison canteen work assignment in retaliation for exercising his first amendment rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm, *see Pratt v. Rowland*, 65 F.3d 802, 806 (9th Cir.1995) (plaintiff must show allegedly retaliatory action did not advance legitimate correctional goals).

AFFIRMED.

---

1. Because the panel unanimously finds this case suitable for decision without oral argument, Jackson's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.